1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
2 | Kathryn Rosenfeld (Bar No. 355931)
(E-Mail: kathryn-Rosenfeld@fd.org)
3 | Deputy Federal Public Defender
321 East 2nd Street
4 | Los Angeles, California 90012-4202
Telephone: (213) 894-2854
5 | Facsimile: (213) 894-0081



6 | Attorneys for Defendant

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **WESTERN DIVISION**

11 |

12 | UNITED STATES OF AMERICA,    Case No. 2:24 - mj - 06962 - Duty

13 | Plaintiff,    **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS**

14 | v.

15 | Maxmmo Jordan Navarrete-Contreras,

16 | Defendant.

17 |

18 | I, the above defendant, hereby assert my Fifth and Sixth Amendment rights to

19 | remain silent and to have counsel present at any and all of my interactions with the

20 | government or others acting on the government's behalf.  I do not wish to, and will not,

21 | waive any of my constitutional rights except in the presence of counsel.  I do not want

22 | the government or others acting on the government's behalf to question me, or contact

23 | me seeking waiver of any rights, unless my counsel is present.

24 | _____    _____

25 | (Defendant's signature)    (Attorney's name printed)

26 |

27 | Date: 11/21/24 ___ Time: 2:00 pm ___    Kathryn Rosenfeld

28 |    (Attorney's name printed)